

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00478-CV

Jim **MORRIS**,
Appellant

v.

**HSBC BANK USA**, National Association as Trustee for the Benefit of the Certificate Holders, Nomura Home Equity Loan, Inc., Asset-Backed Pass-Through Certificates, Series 2005-FM1, Appellee

From the County Court at Law No. 1, Tarrant County, Texas
Trial Court No. 2011-002736-1
The Honorable Don Pierson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Jim Morris.

SIGNED April 17, 2013.

Rebeca C. Martinez, Justice